UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAUL CABRERA and STEPHANIE
CABRERA,

    Plaintiffs,

v.                              CASE NO: 8:05-cv-2209-T-26TGW

BOTO COMPANY, LIMITED; BOTO
SERVICING, INC.; BOTO LIMITED; and
JOHN DOE #2,

    Defendants.
_____/

**O R D E R**

    Defendant Boto Servicing, Inc., has filed a motion for summary judgment prior to the Court's entry of a case management and scheduling order and the initiation of discovery. Although Rule 56(a), Federal Rules of Civil Procedure, authorizes the filing of such a motion within 20 days of the commencement of this action by Plaintiffs, the Court puts this Defendant on notice of the following. Should Plaintiffs make the required showing under Rule 56(f), the Court will deny the motion for summary judgment without prejudice. See Wallace v. Brownell Pontiac-GMC Co., 703 F. 2d 525, 527 (11th Cir. 1983). Should the Court reach the merits of the motion and deny it, Defendant, based on this Court's policy embodied in its standard case management and scheduling order limiting a party to one motion for summary judgment, will be foreclosed from filing another motion for summary judgment after full discovery has been completed.

In light of the foregoing, Defendant shall file a notice with this Court on or before March 30, 2006, advising whether it wishes to withdraw the motion or whether it intends to pursue it on the merits. Should Defendant announce its intention to pursue the motion on the merits, Plaintiffs shall file a response to the motion on or before April 10, 2006.

**DONE AND ORDERED** at Tampa, Florida, on March 24, 2006.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record