UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAUL CABRERA and STEPHANIE
CABRERA,

    Plaintiffs,

v.                                          CASE NO: 8:05-cv-2209-T-26TGW

BOTO COMPANY, LIMITED; BOTO
SERVICING, INC.; BOTO LIMITED; and
JOHN DOE #2,

    Defendants.
_____/

**O R D E R**

Upon due consideration of the parties' submissions, and in light of Plaintiffs' counsel's representations as an officer of the Court,[1] it is ordered and adjudged that Defendant Boto Serving, Inc.'s Motion for Summary Judgment (Dkt. 31) is denied without prejudice.[2] The Court agrees with Plaintiffs' counsel's contention that the interests of justice are better served by allowing Plaintiffs to engage in discovery in an effort to refute the self-serving, perfunctory

---

[1] See, e.g., Snook v. Trust Co. of Georgia Bank of Savannah, N.A., 859 F. 2d 865, 871 (11th Cir. 1988) (observing that under Eleventh Circuit precedent a party need not file an affidavit to comply with Rule 56(f), Federal Rules of Civil Procedure, but may rely on the representations of counsel as an officer of the court).

[2] See Wallace v. Brownell Pontiac-GMC Co., 703 F. 2d 525, 527 (11th Cir. 1983) (stating that if court is satisfied with parties' explanations under Rule 56(f), it may deny a motion for summary judgment without prejudice).

affidavit submitted by Defendant's president. Defendant may renew the motion after the completion of discovery.

**DONE AND ORDERED** at Tampa, Florida, on April 11, 2006.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record