UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAUL CABRERA and STEPHANIE
CABRERA,

    Plaintiffs,

v.                                    CASE NO: 8:05-cv-2209-T26TGW

BOTO COMPANY, LIMITED; BOTO
SERVICING, INC.; BOTO LIMITED; and
JOHN DOE #2,

    Defendants.
    _____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiffs' Motion for Entry of Default Final Judgment Against Boto Company Limited (Dkt. 56) is denied for failure to comply with the requirements of Local Rule 3.01(g). Moreover, the Court is not inclined to grant such drastic relief at this juncture. Instead, the Court directs Defendant Boto Company Limited to file its answer and defenses to Plaintiffs' amended complaint on or before February 16, 2007, failing which Plaintiffs may refile their motion after complying with Local Rule 3.01(g).

**DONE AND ORDERED** at Tampa, Florida, on February 1, 2007.

        s/*Richard A. Lazzara*
    **RICHARD A. LAZZARA**
    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record