# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PAUL CABRERA and STEPHANIE CABRERA,

      Plaintiffs,

v.                                     CASE NO: 8:05-cv-2209-T-26TGW

BOTO COMPANY LIMITED, et al.,

      Defendants.

_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Defendant Boto Servicing, Inc.'s Renewed Motion for Summary Judgment (Dkt. 74) is denied for two reasons. First, Defense counsel failed to comply with the requirements of paragraph 6(b) of the Court's summary judgment procedures contained in the Case Management and Scheduling Order entered May 15, 2006.[1]  Second, in the order denying Defendant's initial motion for summary judgment entered April 11, 2006, the Court provided that "Defendant may renew the motion after the *completion* of discovery."[2]  Discovery has not been completed in that the discovery deadline does not expire until July 13, 2007.[3]

**DONE AND ORDERED** at Tampa, Florida, on June 19, 2007.


                    __s/*Richard A. Lazzara*_____
                    **RICHARD A. LAZZARA**
                    **UNITED STATES DISTRICT JUDGE**


<u>**COPIES FURNISHED TO**</u>:
Counsel of Record

_____

[1]  <u>See</u> docket 47.

[2]  <u>See</u> docket 39 (emphasis added).

[3]  <u>See</u> docket 62.