## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

PAUL CABRERA and STEPHANIE
CABRERA,

    Plaintiffs,

v.                                       CASE NO: 8:05-cv-2209-T-26TGW

BOTO COMPANY, LIMITED; BOTO
SERVICING, INC.; BOTO LIMITED; and
JOHN DOE #2,

    Defendants.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant Boto Company Limited's Emergency Motion to Strike Plaintiffs' Expert Witnesses and for Protective Order as to Deposition Discovery of Defense Expert Witnesses (Dkt. 79) is denied for the following reasons. First, Defendant's counsel has failed to comply with the requirements of Local Rule 3.01(g). Second, a careful review of the prior proceedings in this case fails to corroborate defense counsel's claim that "[t]hroughout this proceeding, Plaintiffs have failed to comply with court orders requiring disclosure of experts and their respective opinions, . . ." What the record does reflect, however, as pointed out in this Court's order of June 6, 2007, is Defendant's dilatoriness in inspecting and testing the tree at issue in

this case.[1]  Finally, the Court perceives no prejudice inuring to the detriment of Defendant by virtue of Plaintiffs' amended expert witness disclosure or in the timing of the experts' depositions.

      **DONE AND ORDERED** at Tampa, Florida, on July 6, 2007.

      s/*Richard A. Lazzara*
      **RICHARD A. LAZZARA**
      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[1] See docket 69.