UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAUL CABRERA and STEPHANIE
CABRERA,

    Plaintiffs,

v.                                         CASE NO: 8:05-cv-2209-T-26TGW

BOTO COMPANY LIMITED, BOTO
SERVICING, INC., and JOHN DOE #2,

    Defendants.
_____/

**O R D E R**

    Upon due consideration, it is ordered and adjudged as follows:

    1) Plaintiffs' Motion in Limine (Dkt. 88) is denied without prejudice because (1) counsel failed to comply with the requirements of Local Rule 3.01(g) before filing the motion and (2) the motion raises an evidentiary issue more appropriately resolved within the context of trial. Counsel are put on notice that this Court looks with disfavor on motions in limine which raise evidentiary issues which should be resolved within the context of trial.

    2) Defendant Boto Company Limited shall file expedited responses to Plaintiffs' motions to compel (Dkts. 84 & 85) on or before 9:00 a.m., Thursday, July 26, 2007. The Court will conduct an expedited hearing on the motions on Friday, July 27, 2007, at 8:30

a.m., in Courtroom 15B, United States Courthouse, 801 North Florida Avenue, Tampa, Florida.

**DONE AND ORDERED** at Tampa, Florida, on July 24, 2007.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record