## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

PAUL CABRERA and STEPHANIE
CABRERA,

    Plaintiffs,

v.                                        CASE NO: 8:05-cv-2209-T-26TGW

BOTO COMPANY LIMITED; BOTO
SERVICING, INC.; BOTO LIMITED; and
JOHN DOE #2,

    Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Defendant's Motion to Strike Plaintiffs' Expert Witness Jack C. Ward (Dkt. 99) is denied. Defendant should have filed its motion immediately upon receipt of Plaintiffs' amended expert witness disclosure rather than waiting until the eve of the pretrial conference. Under these circumstances, the Court considers Defendant's thirty-day delay in bringing the motion to be dilatory. Cf. Hinson v. Clinch Cty., Bd. Of Educ., 231 F.3d 821, 826 (11th Cir. 2000) (determining that district court did not err in denying plaintiff's motion to compel due to her delay in bringing the motion). Furthermore, Defendant's objection to the competency of this witness to render an expert opinion is an issue more appropriately raised at trial.

Finally, Plaintiffs shall make this witness available to Defendant for his deposition within 14 days of this order.

**DONE AND ORDERED** at Tampa, Florida, on August 6, 2007.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record